An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEANIST ADELL LINDSEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62568

FILED

MAR 2 0 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to request expansion of record. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to request expansion of record, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08340

cc:    Hon. Elissa F. Cadish, District Judge
       Jeanist Adell Lindsey
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk